FILED
United States Court of Appeals
Tenth Circuit

October 22, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

LAURA A. GADDY, et al.,

    Plaintiffs - Appellants,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,

    Defendant - Appellee,

and

DOES 1-50,

    Defendants.

-----------------------------

GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, et al.,

    Amici Curiae.

No. 23-4110
(D.C. No. 2:19-CV-00554-RJS)
(D. Utah)

_____

**ORDER**

_____

Before **HARTZ**, **PHILLIPS**, and **EID**, Circuit Judges.

_____

    This matter is before the court on Appellants' *Motion to Recall the Mandate and Stay Further Proceedings Pending Filing of Petition Writ of Certiorari*.

The motion is denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk