# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

Laura Gaddy, et al.

v.

Case No. 23-4110

The Corporation of the President of The
Church of Jesus Christ of Latter-day Saints

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, successor to The Corporation of the President of The Church of Jesus Christ of Latter-day Saints certifies[1] as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☒ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

September 6, 2023
Date

*[signature]*
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

[x] All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

[ ] On _____ I sent a copy of this Disclosure Statement
     [date]

_____
[name of party]

at _____,
   [address]

the last known address/email address, by

_____.
[method of service]

September 6, 2023
Date

*[Signature]*
Signature

## CERTIFICATE OF SERVICE

On September 6, 2023, I caused a true and correct copy of the foregoing **RULE 26.1 DISCLOSURE STATEMENT** to be served via the Court's electronic filing system upon the following:

>Kay Burningham
>Kay Burningham, Attorney at Law
>299 S. Main Street, Suite 1375
>Salt Lake City, Utah 84111
>kay@kayburningham.com

/s/ Stacy Kamaya