**FILED**
United States Court of Appeals
Tenth Circuit

November 20, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

LAURA A. GADDY, et al.,

    Plaintiffs - Appellants,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,

    Defendant - Appellee,

and

DOES 1-50,

    Defendant.

No. 23-4110
(D.C. No. 2:19-CV-00554-RJS)
(D. Utah)

---

## ORDER

---

Before **BACHARACH** and **PHILLIPS**, Circuit Judges.

---

This matter is before the court on Appellants' motion for leave to file an oversized opening brief. The motion is denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk